FILED
CLERK, U.S. DISTRICT COURT
5/11/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:23-cr-00231-JLS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 287: False, Fictitious, or Fraudulent Claims] |
| KEVIN J. GREGORY, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH SEVENTEEN

[18 U.S.C. §§ 287, 2(b)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.  Defendant KEVIN J. GREGORY resided in Los Angeles, California.

The CARES Act and Coronavirus Response Credits

2.  The Internal Revenue Service ("IRS") was an agency of the United States responsible for collecting taxes and administering the Internal Revenue Code.

3. The Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") authorized an employee retention tax credit that a small business could use to reduce the employment tax it owed to the IRS (the "CARES Act credit"), also known as the "employee retention credit." To qualify, the business had to have been operational in 2020 and to have experienced (1) at least a partial suspension of the business's operations because of a government COVID-19 order (e.g., an order limiting commerce, group meetings, or travel) or (2) a significant decline in profits. The credit equaled a percentage of the wages that the business paid to its employees during the quarter, subject to a maximum amount.

4. The Families First Coronavirus Response Act ("Coronavirus Response Act") and its amendments authorized the IRS to give a credit against employment taxes to reimburse businesses for the wages paid to employees who were on sick or family leave and could not work because of COVID-19 (the "Coronavirus Response credit"), also known as the "paid sick and family leave credit." The credit equaled the wages the business paid to employees during the sick or family leave, subject to a maximum amount.

5. The taxpayer could request both the CARES Act credit and the Coronavirus Response credit on the IRS Form 941, also known as the federal quarterly employer tax return, and was required to truthfully state, among other things, the number of employees and business's quarterly wages. Both credits could generate refunds, and the taxpayer could request that the IRS pay the refunds in advance, before the business filed its quarterly employment tax return.

6. Thus, to help alleviate the impact of COVID-19, the CARES Act credit reduced businesses' employment tax burdens, and the

Coronavirus Response credit reimbursed businesses for the wages paid to employees who could not work because of the pandemic.

7. An IRS Form 941X was an amended federal quarterly employer tax return.

8. Federal Tax Deposits ("FTDs"), among other things, consisted of employment taxes, including taxes that were withheld from employees' wages. Certain employers were required to make periodic FTDs to the IRS, normally on a monthly or semiweekly basis. On the IRS Form 941, the employer could then deduct the FTDs paid to the IRS for the applicable quarter from the total amount of employment taxes due to the IRS.

### Elijah USA Farm Holdings

9. On or about August 28, 2020, defendant GREGORY applied for an employer identification number ("EIN") on behalf of an entity called KG Enterprises.

10. On or about August 30, 2020, defendant GREGORY registered the business Kevin J. Gregory dba KG Enterprises with the City of Los Angeles Office of Finance ("LA Finance"), describing the business purpose as "farming and transportation."

11. On or about March 15, 2021, defendant GREGORY filed a business tax renewal form with LA Finance on which he updated KG Enterprises's dba to Elijah Farm.

12. In or about April 2021, defendant GREGORY submitted a filing with the IRS to update KG Enterprises's dba to Elijah USA Farm Holdings ("Elijah Farm").

13. For tax years 2020 through 2022, Elijah Farm had no substantial business operations or employees other than defendant GREGORY and did not pay substantial FTDs to the IRS.

B.   THE FALSE CLAIMS

14.   On or about the dates listed below, in Los Angeles County, within the Central District of California, and elsewhere, defendant GREGORY made and presented, and willfully caused to be made and presented, to the IRS, which is part of the United States Department of the Treasury, false, fictitious, and fraudulent claims, as listed below, against the United States for the payment of tax refunds, which claims defendant GREGORY then knew to be false, fictitious, and fraudulent in that the business named on the submitted employment tax returns, Elijah Farm, was not entitled to the claimed refunds as reported on those returns:

| COUNT | DATE | CLAIM |
| --- | --- | --- |
| ONE | 11/2/20 | The submission of an IRS Form 941 claiming a federal tax refund of $1,961. |
| TWO | 11/4/20 | The submission of an IRS Form 7200 claiming a federal tax refund of $21,465.40. |
| THREE | 1/9/21 | The submission of an IRS Form 941 claiming a federal tax refund of $7,533.55. |
| FOUR | 1/28/21 | The submission of an IRS Form 941 claiming a federal tax refund of $79,831.96. |
| FIVE | 4/17/21 | The submission of an IRS Form 941 claiming a federal tax refund of $2,253,700. |
| SIX | 5/24/21 | The submission of an IRS Form 941X claiming a federal tax refund of $280,708.07. |
| SEVEN | 5/24/21 | The submission of an IRS Form 941X claiming a federal tax refund of $279,840.07. |

| COUNT | DATE | CLAIM |
|---|---|---|
| EIGHT | 5/24/21 | The submission of an IRS Form 941X claiming a federal tax refund of $526,934.50. |
| NINE | 6/11/21 | The submission of an IRS Form 941X claiming a federal tax refund of $414,274. |
| TEN | 7/12/21 | The submission of an IRS Form 941 claiming a federal tax refund of $9,474,690.36. |
| ELEVEN | 8/13/21 | The submission of an IRS Form 941X claiming a federal tax refund of $505,853.57. |
| TWELVE | 8/13/21 | The submission of an IRS Form 941X claiming a federal tax refund of $819,756.10. |
| THIRTEEN | 10/4/21 | The submission of an IRS Form 941 claiming a federal tax refund of $13,428,314.24. |
| FOURTEEN | 10/14/21 | The submission of an IRS Form 941X claiming a federal tax refund of $2,920,062. |
| FIFTEEN | 11/10/21 | The submission of an IRS Form 941X claiming a federal tax refund of $1,155,705. |
| SIXTEEN | 1/9/22 | The submission of an IRS Form 941 claiming a federal tax refund of $23,877,620. |

//

//

//

| COUNT | DATE | CLAIM |
|---|---|---|
| SEVENTEEN | 4/24/22 | The submission of an IRS Form 941 claiming a federal tax refund of $9,243,348. |

A TRUE BILL

　　　/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KRISTEN A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Major Frauds Section

GREGORY D. BERNSTEIN
VALERIE L. MAKAREWICZ
Assistant United States Attorneys
Major Frauds Section